IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2017 JUL 18 A 11: 49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LAMARCUS JAMAINE HOWARD # 242923 )
Full name and prison name of )
Plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:17-cv-479-MHT
Sgt. Randolph )  (To be supplied by Clerk of U.S. District Court)
)
) DEMAND FOR JURY TRIAL
)
)
)
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  NO ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____N/A_____

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Bullock Correctional Facility P.O. Box 5107, Union Springs, AL 36089__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bullock Corr. Fac., P.O. Box 5107, Union Sprgs. AL 36089__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. __Sgt. Randolph, Bullock Corr. Fac.__ __P.O. Box 5107, Union Springs, AL 36089__

2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __6-14-2017__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Sgt. Randolph Violated My Civil Right By Purposely Assaulting Me By Using Excessive Force While In Shift Office__

* Continued on Additional page #2

GROUND #1, Continued:

me to the sheft office... for no good reason... they deided to... in an angry fashion... escort me to the sheft office. There — I was approached by Sgt. Randolph, who — then instructed me to shave. As I then attempted to do so, Sgt. Randolph, without notice — struck me violently, to my face, with the palm of his right hand. He then instructed me to put my hand down. As I attempted to explain to said Sgt. Randolph that I'm only trying to do as he asked — and shave. Again, and without notice — he violently slapped me once more. Immediately thereafter, Officer Redd and Officer Broadnax and Sgt. Randolph, all, violently—took me to the floor and begin punching me in my face area. While on the floor and begging the officers to stop, I then saw the sheft office's bathroom door come open, and then appeared Officer Giles — who also stood there — but did nothing to assist me, or to simply stop the others from attacking and assaulting me in violent manner. After the aforesaid attack/assault, I was then escorted to the <u>Health Care Unit</u>..., where I received a body chart; Officer Redd received one as well. Sgt. Randolph and Officer Broadnax did not receive one... to my knowledge. Since this incident, I am still experiencing slight hearing and visual impairment. And mentally, is experiencing some mental anguish and unwelcomed fear of the officers involved. [The suit is subject to be amended to include other defendants and/or witness(es)].

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

As I was existing F·Dormatory, I was stopped by Officer Redd and Officer Broadnax, near the chowhall. Shortly thereafter the aforesaid officers engaged in a simi-private conversation. After deciding whether to escort me back to my dorm or to take me

GROUND TWO: ___ ✶ See additional Sheet ✶

SUPPORTING FACTS: ___

GROUND THREE: ___

SUPPORTING FACTS: ___

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Sgt. Randolph, in liability - should be ordered to pay plaintiff $10,000 - in his personal capacity; $100,000 in representive capacity; and a jury assessment; and pay any and all future medical expenses

/s/ La Marcus Howard 249423 /
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-12-2017
           (Date)

/s/ La Marcus Howard 249423 /
Signature of plaintiff(s)

Lamarcus Jamaine Howard #249423
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089



CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P O BOX 711
MONTGOMERY AL 36102-0711



36102$0711 B007